

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00751-CV

David **RANGEL**, Jr.,
Appellant

v.

Charlene **RANGEL**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06974
Honorable Marisa Flores, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Velia J. Meza, Justice

Delivered and Filed: February 18, 2026

DISMISSED

On January 22, 2026, appellant, David Rangel, Jr., filed a motion to dismiss this appeal as moot. *See* TEX. R. APP. P. 42.1(a)(1). Appellee has not filed a response contending dismissal would prevent her from seeking relief to which she would otherwise be entitled. *See id.*; *id.* R. 10.3(a). Consequently, we grant appellant's motion and dismiss this appeal.

PER CURIAM